**LEDWELL v. N.C. DEPT. OF HUMAN RESOURCES**

[340 N.C. 103 (1995)]

SHEILA LEDWELL, Petitioner/Appellee v. N.C. DEPARTMENT OF HUMAN RESOURCES, Repondent/Appellant.

No. 233PA94

(Filed 7 April 1995)

On discretionary review pursuant to N.C.G.S. § 7A-31 of the decision of the Court of Appeals, 114 N.C. App. 626, 442 S.E.2d 367 (1994), affirming the order entered 23 February 1993 by Albright, J., in Superior Court, Guilford County. Heard in the Supreme Court on 14 March 1995.

*Central Carolina Legal Services, Inc., by Stanley B. Sprague, for the petitioner-appellee.*

*Michael F. Easley, Attorney General, by Elizabeth L. Oxley, Associate Attorney General, for the respondent-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.